In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00226-CV


____________________



LIVING CENTERS OF TEXAS, INC. d/b/a 


GREEN ACRES CONVALESCENT CENTER/PARKDALE 


and MARINER HEALTH CARE, INC. f/k/a 


MARINER POST-ACUTE NETWORK, Appellants



V.



ROY LIMBRICK as next friend of ALICE LIMBRICK, Appellee






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-176228 






MEMORANDUM OPINION


 The appellants, Living Centers of Texas, Inc. d/b/a Green Acres Convalescent
Center/Parkdale and Mariner Health Care, Inc. (f/k/a Mariner Post-Acute Network), and the
appellee, Roy Limbrick as next friend of Alice Limbrick, filed a joint motion vacate the
judgment and to dismiss this appeal. The parties allege they have reached a settlement
agreement and ask the Court to set aside the judgment of the trial court without regard to the
merits and remand the case to the trial court for rendition of judgment in accordance with the
parties' agreement. See Tex. R. App. P. 42.1(a)(2)(B). The motion is voluntarily made by
the parties prior to any decision of this Court. See Tex. R. App. P. 42.1(a)(2). No other party
filed notice of appeal. 

 The joint motion to vacate judgment and for dismissal of appeal is granted. 
Accordingly, we vacate the judgment of the trial court without reference to the merits and
remand the case to the trial court for rendition of judgment in accordance with the agreement
of the parties.

 VACATED AND REMANDED. 


 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered January 15, 2009


Before McKeithen, C.J., Kreger and Horton, JJ.